ACCEPTED
03-15-00376-CV
7356788
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/13/2015 3:47:35 PM
JEFFREY D. KYLE
CLERK

## CAUSE NO. 03-15-00376-CV

| | | |
|---|---|---|
| **DELORES GALVAN,** | § | **COURT OF APPEALS** |
| **Appellant,** | § | 3rd COURT OF APPEALS |
| | § | AUSTIN, TEXAS |
| | § | 10/13/2015 3:47:35 PM |
| **vs.** | § | **THIRD JUDICIAL DISTRICT** JEFFREY D. KYLE |
| | § | |
| | § | |
| **ROBERT LEAK, Individually and** | § | |
| **ZEBRA INSTRUMENTS** | § | |
| **CORPORATION,** | § | |
| **Appellees.** | § | **STATE OF TEXAS** |

### APPELLANT'S THIRD MOTION TO EXTEND TIME TO FILE BRIEF

**COMES NOW,** Delores Galvan, Appellant herein, requesting a fifteen (15) day extension to file her Appellant's Brief.

Appellant's Brief is due October 13, 2015. Appellant seeks a fifteen (15) day extension. In the past thirty (30) days, Appellant's counsel has prepared for several out-of-town jury trials, attended several out-of-town depositions and mediations, and is preparing for a jury trial in Harris County on October 19, 2015. While significant time has been spent on this brief, Appellant respectfully requests a fifteen (15) day extension so that justice may be done.

Respectfully submitted,

LAW OFFICE OF SCOTT OGLE

By: _/s/_Scott Ogle
      Scott Ogle
State Bar No. 00797170
2028 W. Ben White Blvd.
Austin, Texas 78704
Telephone:  (512) 442-8833
Facsimile:  (512) 442-3256
soglelaw@peoplepc.com

## CERTIFICATE OF CONFERENCE

I certify that I have attempted to conferred with opposing counsel on October 13, 2015.

    _/s/Scott Ogle
      Scott Ogle

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been delivered to all counsel of record in accordance with the Texas Rules of Civil Procedure, on this the 13th day of October, 2015.

Christopher Stanley
Sneed Vine & Perry
1104 S. Church Street
Georgetown, Texas 78626
Via email:  gtwnfilings@sneedvine.com
Via facsimile:  (512) 819-9707

 _/s/Scott Ogle
Scott Ogle